# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
UNITED STATES OF AMERICA,

                       Plaintiff,                  **ORDER**

      -against-                            17 CR 644 (NSR)

MARKEL OVERTON,

                       Defendant.
---------------------------------------------------------x

TO ALL PARTIES:

       The Court has received a request for a Bail Hearing in this matter. Defendant's counsel is ordered to submit a letter in support of the bail application at least 24 hours ahead of any scheduled bail hearing. The Government's counsel is ordered to submit a letter in opposition to the bail application at least 12 hours before the scheduled hearing.

Dated: April 8, 2020
       White Plains, New York

SO ORDERED:

_____
Hon. Lisa Margaret Smith
U.S.M.J.