**MEMO ENDORSED**

# KOEHLER & ISAACS LLP
ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS

JEANNETTE BALDASARRE
A. JAMES BELL
LIAM L. CASTRO
SONYA CHAZIN
RENA C. DAWSON
CYNTHIA DEVASIA
GABRIEL GREENBERG
TALIA HAYNES
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
STEPHANIE SWINTON
PETER C. TROXLER
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1317

The application is  X  granted.
___ denied.

[signature]

Nelson S. Román, U.S.D.J.
Dated: May 11, 2020
White Plains, New York 10601

Attorney Appointment Hearing scheduled for May 13, 2020 at 11:30am. (See Scheduling Order, ECF No. 214.) Clerk of the Court requested to terminate the motion (doc. 210).

April 20, 2020

**BY ECF AND EMAIL**
Hon. Nelson S. Roman, U.S.D.J
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-44150

Re: United States v. Markel Overton 17Cr.644 (NSR)-01

Dear Judge Roman:

This letter is submitted to advise the Court that Mr. Overton is requesting the assignment of new counsel to represent him in this matter. Please know that since our last status conference, the attorney – client relationship with Mr. Overton has deteriorated to a point where I believe the assignment of new counsel is appropriate. For this reason, I request that a hearing be scheduled at the Court's earliest convenience.

Thank you in advance for your consideration of this request.

Respectfully,

*A. James Bell*

A. James Bell, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2020