UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------x

UNITED STATES OF AMERICA

        -against-

MARKEL OVERTON,

                Defendant.
----------------------------------------------x

**ORDER**

S3 17 Cr. 644-01 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorneys assigned to this case  _Angus James Bell and Alain V. Massena_  are hereby
                                    Attorney's Name

ordered substituted and the representation of the defendant in the above captioned matter is assigned

C.J.A. attorney  _____Francis L. O'Reilly_____.
                           Attorney's Name

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:  White Plains, New YORK
          May 13, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2020