UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
             USA,

             - against -

             MARKEL OVERTON,

                                Defendant(s).
--------------------------------------------------------x

**RESCHEDULING ORDER**

S6 17 Cr. 644-01 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    A Pretrial Conference is scheduled to be held via teleconference on December 17, 2020 at 1:00 pm.

    At Defense counsel's request, the Court grants the adjournment of the Pretrial Conference, to be held via teleconference, until January 13, 2021 at 11:00 am or, alternatively, January 14, 2021 at 11:00 am without objection from the Government.

Dated:     White Plains, New York
             December 16, 2020

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020