UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

MARKEL OVERTON,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2021

S3 & S6

No. 17-cr-644-1 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

After a review of the docket, which reveals that defendant has had charges pending against him for over five years, has a trial scheduled to begin in April 2021, and has received a plea offer, the express terms of which indicate it will not be held open indefinitely, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Markel Overton can and should be permitted to plead guilty and the plea hearing can be conducted by video teleconference or by telephone conference pursuant to the CARES Act § 15002(b)(2)(A).

Accordingly, it is hereby ORDERED that the plea hearing for Defendant Markel Overton be conducted by video teleconference or by telephone conference (if video conference is unavailable) before a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned. The Clerk of Court is requested to terminate the motion at ECF No. 336.

Dated:    February 11, 2021
           White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge