UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MARKEL OVERTON

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

17 -CR- 644  ( NSR )(  )

Defendant _____MARKEL OVERTON_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or __X_ teleconferencing:

_x__  Change of Plea

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

/s/ Markel Overton by JCM on consent
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Markel Overton
Print Defendant's Name

_____
Defendant's Counsel's Signature

Francis L. O'Reilly
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/16/2021
Date

Judith C. McCarthy
U.S. District Judge/U.S. Magistrate Judge