UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,                    **MEMORANDUM**

    -against-                                  17 Cr. 644 (NSR)

MARKEL OVERTON,

                      Defendant.
-------------------------------------------------------------X

TO:  <u>Nelson S. Román, United States District Judge:</u>

      Please find attached a transcript of the February 16, 2021 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: March 23, 2021
        White Plains, New York

                                                          Respectfully Submitted,

                                                          _____
                                                           JUDITH C. McCARTHY
                                                          United States Magistrate Judge