**MEMO ENDORSED**

# O'REILLY & SHAW, L.L.C.
### ATTORNEYS AT LAW

FRANCIS L. O'REILLY
JANE FORD SHAW

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

September 1, 2021

Honorable Nelson R. Roman
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Markel Overton
      DK#17cr644(NSR) -01

Dear Judge Roman:

      Please accept this letter as a consent request to adjourn the defendant's sentencing currently scheduled for September 14, 2021. The undersigned is requesting a sixty day continuance of the sentencing date. The basis for this request is that the mitigation investigation for sentencing has not yet been completed. As the Court is aware the undersigned engaged a mitigation specialist to assist the undersigned in the preparation of the mitigation presentation for sentencing. The undersigned has received a preliminary report from the mitigation specialist but there is still further investigation that is necessary to present a complete mitigation presentation to the Court. Additionally, the undersigned has contacted Assistant United States Attorney Anden Chow, and he has no objection to this request. Therefore, for all of the above reasons the undersigned is requesting the adjournment of the defendant's sentencing for sixty days to complete the mitigation investigation.

Very truly yours,

Francis L. O'Reilly

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2021

Deft's request to adjourn the in-person Sentencing from Sept. 14, 2021 or, alternatively, Sept. 15, 2021 until Nov. 16, 2021 at 10:00 am or, alternatively, Nov. 19, 2021 at 10:00 am without objection by the Gov't is GRANTED. Clerk of Court requested to terminate the motion (doc. 392).
Dated: Sept. 7, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

www.oreillyandshaw.com