UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

|  |  |
|---|---|
| USA, | **SCHEDULING ORDER** |
| - against - | S6 17 Cr. 644-01 (NSR) |
| MARKEL OVERTON, | |
| Defendant(s). | |

-------------------------------------------------------x
NELSON S. ROMÁN, U.S.D.J.:

    **The in-person Sentencing for the above Defendant is scheduled for November 16, 2021 at 10:00 am in a courtroom to be determined.**

    In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

Dated:    White Plains, New York
             November 10, 2021

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2021